# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DAVID LEE BURNETT, | : No. 130 MAP 2014 |
| | : |
| Appellant | : Appeal from the Commonwealth Court |
| | : Order dated September 29, 2014 at docket |
| | : No. 382 MD 2014. |
| v. | : |
| | : |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS AND PENNSYLVANIA | : |
| BOARD OF ADULT | : |
| PAROLE/PROBATION, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**                                    **DECIDED: June 15, 2015**


**AND NOW,** this 15th day of June 2015, the Order of the Commonwealth Court is hereby **AFFIRMED**.